**Electronically Filed**
**Supreme Court**
**SCMF-12-0000538**
**28-AUG-2020**
**01:08 PM**

SCMF-12-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In the Matter of the

September 2020 Bar Examination

AMENDED SECOND ORDER REGARDING THE SEPTEMBER 2020
BAR EXAM IN LIGHT OF COVID-19
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ., and
Intermediate Court of Appeals Chief Judge Ginoza, assigned
by reason of vacancy, with Wilson, J.,
concurring and dissenting separately)

On July 22, 2020, this court entered an Order Regarding
the September 2020 Bar Exam in Light of COVID-19. The order
afforded applicants who were granted permission to sit for the
Hawai'i Bar Exam, scheduled for September 9 and 10, 2020 at the
Hawai'i Convention Center, an opportunity to elect one of the
following options:

(1) sit for the bar exam as scheduled;

(2) defer sitting for the exam until a later date,
without being required to pay an additional application fee; or

(3) defer sitting for the exam while pursuing a

provisional license, subject to meeting certain requirements as set forth in that order, without being required to pay an additional application fee, and including an expiration of the provisional license on July 1, 2022.

Applicants were ordered to inform the Board of Examiners' staff by July 28, 2020 of their option.

NOW, THEREFORE, in light of the continuing increase in COVID-19 cases on Oʻahu,

IT IS HEREBY ORDERED that for those applicants who chose to sit for the exam, the deadline to defer taking the exam or to pursue a provisional license is extended to the end of the first day of the September 2020 examination. Applicants may inform the Board of Examiners' staff by electronic mail to baradmissions@courts.hawaii.gov.

At present, the approximately 120 applicants who have elected to take the written exam using their laptops will be seated in a 59,000 square-foot exhibition hall. Each applicant will be seated alone at an eight-foot table, with at least ten feet between each table.

Numerous safety precautions are being taken as reflected in the attached instructions (Attachment 1), which were provided to all applicants no later than August 5, 2020. As indicated in the attachment, everyone will be required to wear a face covering. Face masks with one-way valves, bandannas, and neck fleeces such as balaclavas and neck gaiters are prohibited.

DATED: Honolulu, Hawaiʻi, August 28, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S McKenna

/s/ Lisa M. Ginoza



3

**Electronically Filed
Supreme Court**

**04-AUG-2020
12:25 PM**

TO:       Hawai'i Bar Applicant

FR:       Rochelle R.T. Kaui, Secretary
          Hawai'i Board of Examiners

RE:       September 2020 Bar Examination-Notice to Laptop Users

The Hawai'i Bar Exam normally scheduled in July 2020 will be held on September 9 - 10, 2020, at the

**Hawaii Convention Center
Kamehameha II, Exhibit Hall**
1801 Kalakaua Avenue, Ground Floor
Honolulu, HI 96815
**7:00a.m. check-in**

You are receiving this attachment as you are granted permission and are choosing to sit for this bar exam as a laptop user. **PLEASE READ THE FOLLOWING PAGES** to determine if you meet the requirements as set forth by the Governor of the State of Hawai'i, the Hawai'i Department of Health, the Hawai'i Department of Transportation, and the Board of Examiners (the Board):

## Special Instructions for Out-of-State Travelers

The concern of the Board is to safeguard all applicants as well as those involved with the administration of the examination and to protect the health of those within the State of Hawai'i. As a result of the ongoing COVID-19 pandemic, all applicants who enter the State of Hawai'i from out-of-state are expected to understand and abide by the requirements outlined below.

All applicants must comply with applicable orders and guidelines regarding COVID-19 set forth by the Governor of the State of Hawai'i, the Mayor of the City and County of Honolulu, the Hawai'i Department of Health, the Hawai'i Department of Transportation, and the Centers for Disease Control and Prevention, including any amendments to orders and guidelines. The Board will provide applicants as much notice as possible of any changes. However, the pandemic has created a fluid situation that requires flexibility on the part of the Board and all Hawai'i bar

applicants. There will be **no exemptions** to compliance with any such orders or guidelines, or any additional orders that may be promulgated by other governmental agencies.

- For applicants traveling to Hawai'i from outside the State, please be advised the State of Hawai'i currently requires all persons, including returning residents, to quarantine for 14 days upon arrival. You will be required to complete documents at the point of screening at the Daniel K. Inouye International Airport (HNL) or other Hawai'i airport or entry. Information from the Department of Transportation may be found by clicking on the following link: https://hidot.hawaii.gov/airports/covid-19/. Violation of the quarantine requirement is punishable as a misdemeanor, with fines of up to $5,000.00 and/or up to a year in jail.

- If for any reason you wish to postpone taking the examination to a future exam, you may do so without incurring any additional fees. Please email your request as soon as possible if you intend to postpone to baradmissions@courts.hawaii.gov.

- If you choose to take the September 2020 bar examination, all applicants are required to complete and file the following Certification of Travel form by **Tuesday, August 18, 2020**. Failure to provide this information by the deadline will result in you not being allowed to take the September 2020 bar examination. You will be permitted to defer to a future administration of the Hawai'i examination.



# CERTIFICATION OF TRAVEL

Complete the below certification and file it in your electronic bar application record by Tuesday, August 18, 2020 (please note that this information will not be publicly available):

Print your Name: _____

> ➤ I am not traveling from out-of-state to take the bar examination ☐

> ➤ Address of where you have traveled from or will be traveling from:

_____

_____

_____

> ➤ Airline and flight number:

_____

> ➤ Arrival date and time:

_____

> ➤ Name(s), address(es), and phone number(s) of lodging(s) or person(s) with whom staying while in Hawai'i and /or Honolulu:

_____

_____

_____

**I certify that the information provided in this Certification of Travel form is correct, that I understand that I must file a new Certification of Travel form if any information changes, and that I must be in compliance with all applicable orders and guidelines as delineated in the "Special Instructions for Out-of-State Travelers" to be allowed to sit for the September 2020 Hawai'i Bar Examination. I acknowledge that providing false information on this certification may constitute a character and fitness issue to be considered by the Board.**

_____          _____
Date                                              Signature of Applicant


                                                  _____
                                                  Type or Print Applicant's Name

# Instructions Applicable to All Laptop Test Takers

**On the day of the Hawaiʻi Bar Exam, bring the following with you:**
- Laptop registered with ExamSoft
- You will be required to provide your own and wear a face covering that covers your nose and mouth. Masks with one-way valves will not be allowed.
- A valid government issued picture ID to verify your identity (e.g. driver's license, passport, etc.)
- Black, non-smear ink pens (minimum 2); erasable or colored ink pens will not be permitted
- Earplugs to minimize audio distractions (subject to inspection)
- Money for parking:
  - Single Entry - $12.00 per vehicle per entry. Good for that day only
- Optional:
  - jacket or sweater (the rooms can get cold)
  - a copy of your NCBE number to use for the **Thursday MBE sessions**
  - lunch/snack/drink (small personal coolers will be allowed; beverage containers must be capped and sealed securely).

**Upon check-in:**
- You will be issued your admission ticket that will include your room and seat assignment. You will need this admission ticket for both days.
  - Our examination rooms are separated by laptop users and writers. You will report to your assigned room for the duration of the exam.

**Exam Schedule** The following are the standard test schedules and instructions for both days. You are required to report as indicated below or as instructed at the exam site. Except for the breaks between the morning and afternoon sessions, there are no official breaks for any segment of the exam but you may take personal breaks <u>with the test clock running</u>. Although the break times may vary between the morning and afternoon sessions, please plan on using this time for a lunch break.

| Wednesday | |
|---|---|
| Schedule/Instructions | Time Allotted |
| <u>Reporting Time for A.M. Session</u> Applicants shall report by **7:00 a.m.** for ID verification and attendance confirmation. Applicants who fail to report by the specified time may be denied entry into the exam room and disqualified from the exam. Laptop users will be allowed to set up after checking in. | |
| Multistate Essay Examination (**MEE**), question nos. 1- 6 and the **Hawaiʻi Legal Ethics** Examination Questions, question no. 7 | 4 hours |
| Break | 1 hour or less |
| <u>Reporting Time for P.M. Session to be announced</u>. Applicants shall report for ID verification and attendance confirmation no later than the time announced at the morning session. Applicants who fail to report by the specified time may be denied entry into the exam room and disqualified from the exam. | |
| Multistate Performance Test (**MPT**) #1, question no. 8 | 3 hours |
| Multistate Performance Test (**MPT**) #2, question no. 9 | |

| Thursday | |
|---|---|
| Schedule/Instructions | Time Allotted |
| Reporting Time for **A.M.** Session   Applicants shall report by **7:00 a.m.** for ID verification and attendance confirmation.  Applicants who fail to report by the specified time may be denied entry into the exam room and disqualified from the exam. | |
| Multistate Bar Exam (**MBE**), question nos. 1 – 100 | 3 hours |
| Break | 1 hour or less |
| Reporting Time for **P.M.** Session to be announced.  Applicants shall report for ID verification and attendance confirmation no later than the time announced at the morning exam. Applicants who fail to report by the specified time may be denied entry into the exam room and disqualified from the exam. | |
| Multistate Bar Exam (**MBE**), question nos. 101 – 200 | 3 hours |

## COMPONENTS OF HAWAI'I BAR EXAMINATION

The Hawai'i bar examination consists of the following five (5) examination components.  For items 1, 2, 3 and 4 please go to www.ncbex.org for more information.

The Hawai'i Legal Ethics Examination (item 5) consists of 15 multiple-choice questions.  It is developed by the Hawai'i Board of Examiners and is based on the Hawai'i Rules of Professional Conduct (HRPC) which can be accessed at http://www.courts.state.hi.us/docs/court_rules/rules/hrpcond.htm.

1. the Multistate Essay Exam (MEE)
2. the Multistate Performance Tests (MPT)
3. the Multistate Bar Examination (MBE)
4. the Multistate Professional Responsibility Examination (MPRE)*
5. the Hawai'i Legal Ethics Examination

## ESSAY ANSWERS

An answer to a question should demonstrate an applicant's ability to analyze the facts presented by the question, to select the material from the immaterial facts, and to discern the points upon which a case turns.  It should demonstrate an applicant's knowledge and understanding of the pertinent principles and theories of law, their relationship to each other, and their qualifications and limitations.  It should evidence the applicant's ability to apply the law to the facts given and to reason logically in a lawyer-like manner to a sound conclusion from the premises adopted. The applicant should demonstrate a proficiency in using and applying legal principles rather than a mere memory of them.

An answer containing only an applicant's statement of conclusion will receive little or no credit. The applicant should fully state the reasons which support the applicant's conclusions.  All points should be thoroughly discussed.  Although an applicant's answer should be complete, the answer should not volunteer information or discuss legal doctrines that are not necessary or pertinent to the solution of the problem.  Unless a question expressly asks for Hawai'i law, the question should be answered according to legal theories and principles of general application. With the exception of information booklets provided by the NCBE, sample essay questions or answers to past Hawai'i bar examinations are not available.

# THE MULTISTATE PROFESSIONAL RESPONSIBILITY EXAMINATION (MPRE)

The Multistate Professional Responsibility Examination (MPRE) is developed by the National Conference of Bar Examiners (NBCE) and administered three times a year by the Law School Admission Council on behalf of the NCBE. Each Hawai'i applicant is required to take this as a separate component and pass with a scaled score of 85 or higher. Applicants are responsible for instructing the NCBE to transmit their eligible MPRE scaled score directly to the Hawai'i Board of Examiners. The MPRE must be taken and passed not earlier than two years before the Hawai'i bar exam and the score must be officially reported to the Board no later than one year after date of notification of passing the Hawai'i Bar Examination. MPRE information and requirements can be found on the NCBE website at www.ncbex.org .

# RESULTS OF THE HAWAI'I BAR EXAMINATION and ADMISSION TO THE BAR

Notification of your Hawai'i bar examination results will be filed in your electronic bar application record approximately 12 weeks after the examination. You will receive physical service of your documents only if you previously chose not to be a JEFS user.

**Do not call the Bar Admissions Office to inquire if scores are available.**

Admission to the bar of the state is granted by the court only after an applicant completes and satisfies all five examination components and meets the standard of character and fitness set forth in Rule 1 of the Rules of the Supreme Court of Hawai'i (RSCH).

# HAWAI'I STATE BAR ASSOCIATION MEMBERSHIP

Hawai'i is a unified bar jurisdiction and membership in the Hawai'i State Bar Association (HSBA) is mandatory. Pursuant to RSCH Rule 1.5(b),"Upon compliance with the requirements of this rule and upon taking the prescribed oath of office, the applicant shall be admitted to the bar." Dues and fees are determined by the HSBA. Questions about membership should be directed to the HSBA by calling (808) 537-1868.

# HAWAI'I MANDATORY PROFESSIONALISM COURSE*

In accordance with RSCH Rule 1.14, each person licensed to practice law in Hawai'i after July 1, 2001, must complete a Hawai'i Professionalism Course no later than one (1) year after admission. The failure of a newly admitted Hawai'i attorney to comply with this rule will result in an administrative suspension. The Hawai'i Professionalism Course is administered only in Honolulu, once or twice a year by the HSBA. Questions concerning the Hawai'i Professionalism Course should be directed to the HSBA. Contact the HSBA at (808) 537-1868 for specific course dates and details, registration deadlines and fees.

*Do not confuse this mandatory Hawai'i Professionalism Course with the Hawai'i Legal Ethics Exam administered by the Hawai'i Board of Examiners or the MPRE administered by the NCBE.

## MEMORANDUM

To:    Hawai'i Bar Applicant

Fr:    Rochelle R.T. Kaui, Secretary
       Hawai'i Board of Examiners

Re:    Bar Examination Instructions

Each bar applicant who has been granted permission and chooses to sit for the Hawai'i bar examination is responsible to read and have a clear understanding of the following:

1. Bar Examination Site, General Instructions, pursuant to the Hawai'i Board of Bar Examiners (HBBE) Rules of Procedure Part 5, Examination Administration

2. COVID-19 Code of Conduct

The rules are detailed on the following pages. You are required to sign and return all forms by the stated deadlines. **Failure to comply with these or other instructions or rules may result in disqualification, termination of your examination, and/or removal from the examination site.**

You are responsible to upload and electronically file all documents by **Tuesday, August 18, 2020.** All documents must be received by the stated deadline. Should you have any questions, please contact the Board staff at (808) 539-4977 or by email to baradmissions@courts.hawaii.gov.

## BAR EXAMINATION SITE, GENERAL INSTRUCTIONS and CERTIFICATION

**The Clerk shall cause to be removed from the examination site any disruptive person, any person who refuses to surrender prohibited items, any person who refuses to follow instructions, or any person who interferes in any manner with administration of the examination. The Clerk may prohibit any such person, including any applicant, from further attending the examination.**
*See* HAWAI'I BOARD OF EXAMINERS RULES OF PROCEDURE § 5.4

**Failure to comply with these or other instructions or rules may result in disqualification, termination of your examination, and/or removal from the examination site.**

1. These rules and instructions apply to all applicants who have been granted permission to sit for the Hawai'i bar examination. If any prohibited item described in these rules fall within an applicant's pre-approved accommodation request, such applicant is exempt from compliance with the specific rule governing the particular prohibited item. In all other respects, these rules apply to applicants with accommodations.
   *See* HAWAI'I BOARD OF EXAMINERS RULES OF PROCEDURE § 5.5(b)

2. If you take a purse, backpack, briefcase or other type of satchel [hereinafter, satchel] that holds personal belongings with you to the examination site, silence all electronic devices, and the satchel must be placed in the area designated by staff members or proctors before proceeding to your seat in the examination room.
   *See* HAWAI'I BOARD OF EXAMINERS RULES OF PROCEDURE § 5.2

3. You may not retrieve personal items from your satchel without the permission, assistance, and monitoring of a staff member or proctor.
   *See* HAWAI'I BOARD OF EXAMINERS RULES OF PROCEDURE § 5.2

4. You may not take your satchel out of the examination room at any time during an examination session. Once you have turned in your completed exam and other test materials, you may retrieve your satchel upon exiting the exam room.
   *See* HAWAI'I BOARD OF EXAMINERS RULES OF PROCEDURE § 5.2

5. If you need to leave the exam room for any reason after the exam has started, you  must:
   a. Ask a staff member or proctor for permission. If given, sign out, leave your picture ID, exam and test materials with the staff member or proctor before exiting the exam room; and
   b. Upon re-entering the exam room, sign in and retrieve your picture ID, exam and test materials from the staff member or proctor before returning to your exam seat.
   *See* HAWAI'I BOARD OF EXAMINERS RULES OF PROCEDURE § 5.2

6. Laptop computers are subject to inspection.
   *See* HAWAI'I BOARD OF EXAMINERS RULES OF PROCEDURE § 5.2

7. The only personal items you may possess at your seat are two (2) pens with black, non-smear ink, a pencil, a wristwatch for timekeeping purposes only, your admission ticket and your picture ID. For example, you may not have any of the following items at your seat:
   a. Cellular telephone, walkie talkie, pager, computer watches (e.g. an "Apple" watch) or other communication devices, photograph, video or other recording equipment
   b. Study aides or written materials except those provided by the Hawai'i Board of Examiners
   c. Food, drinks, time-keeping devices other than a wristwatch, highlighting markers, color pens or pencils, cigarettes, matches, lighters, weapons, hats, caps or scarves.
   If you take such items to the exam site, you must surrender them to a staff member or proctor before taking your seat, as provided in number 2 above. You assume the risk that the items may be lost, misplaced, inadvertently taken by another, or stolen.
   *See* HAWAI'I BOARD OF EXAMINERS RULES OF PROCEDURE § 5.5(a)

8. You may not communicate with other applicants or any other person (other than staff members or proctors) during the examination session.
   *See* HAWAI'I BOARD OF EXAMINERS RULES OF PROCEDURE § 5.5(a)(5)

9. You may not open the test materials or begin the exam until specifically instructed to do so by a staff member.
   *See* HAWAI'I BOARD OF EXAMINERS RULES OF PROCEDURE § 5.5(a)(6)

10. When time is called, you must stop writing immediately. You may not continue the exam after being instructed that the exam has ended.
    *See* HAWAI'I BOARD OF EXAMINERS RULES OF PROCEDURE § 5.5(a)(7)

11. Any and all disruptions or disruptive activity by any person, including but not limited to disruptions caused by any sound emitting from watches, telecommunication or other type of device in a satchel or on a person, at a person's seat, or at the exam site or in the exam room is prohibited.
    *See* HAWAI'I BOARD OF EXAMINERS RULES OF PROCEDURE § 5.5(a)(8)

12. Failure to timely comply with these rules and instructions, and the instructions of staff members or proctors at the exam site is disruptive behavior. If you are disruptive, do not surrender prohibited items as directed herein, do not follow instructions, or interfere in any manner with the administration of the examination, you will be (immediately or as soon as practicable) removed from the examination site. You may be prohibited from further attending the examination and your examination may be disqualified.
    *See* HAWAI'I BOARD OF EXAMINERS RULES OF PROCEDURE § 5.4

## COVID-19 CODE OF CONDUCT
### Hawai'i Bar Examination – September 2020

You have been granted permission and have chosen to sit for the September 2020 Hawai'i bar examination. All exam takers are required to execute the following Certification and return it to the Board of Examiners (Board) on or before **Tuesday, August 18, 2020**. Failure to submit your Certification by the deadline will result in your not being admitted into the exam room.

- All applicants must familiarize themselves with the Centers for Disease Control and Prevention (CDC) guidance regarding best practices to protect themselves and others from COVID-19 (copy attached) and follow this guidance throughout the administration of the September 2020 Hawai'i bar examination.

- If you tested positive for the novel coronavirus, are experiencing a fever, cough, or other respiratory symptoms, traveled outside of the State and **did not** self-quarantine in the past 14 days, had close prolonged contact with a person who has or is suspected to have COVID-19, or have taken a COVID-19 test with test results pending or yet to be received, you shall not sit for the bar exam. The Hawai'i Board of Examiners (the Board) will transfer your application and fees to a later exam date. Verification of your 14-day quarantine is required before you will be allowed into the examination room.

- All applicants and staff will be required to abide by the protocols as defined by the Hawai'i Convention Center (HCC) and the Board. The infographic is attached and outlined as applicable below:

  - ➢ Enhanced cleaning and sanitation will be done by the HCC team.
  - ➢ Body temperature screening will be conducted at limited entry points of the facility by HCC staff. Anyone displaying a temperature of over 100.4 will be monitored and will not be allowed to sit for the exam.
  - ➢ PPE – Face covering will be required for all applicants and staff. Be advised you will be responsible to provide your own, and required to wear face covering to enter the facility.
  - ➢ Social distancing will be required for all participants.
  - ➢ Hand sanitizer dispensers will be placed at key entrances throughout the facility.
  - ➢ Special signage will be placed throughout the facility as reminders to practice proper hygiene, social distancing and instructions for guests who do not feel well.

- All applicants are required to ". . . wear face covering while outdoors in public spaces when maintaining a physical distance of six (6) feet from persons who are not members of the same household or residence is not feasible," pursuant to an order issued by the Mayor of the City and County of Honolulu on July 2, 2020.

- You will be required to maintain social distancing by staying 6 feet apart from the next person.

- You will be required to wear protective face covering that covers your nose and mouth continuously throughout the administration of the exam including check-in and check-out. See the attached CDC guidelines "Important Information About Your Cloth Face Coverings."

- The Board will not allow any face masks that incorporates a one-way valve (typically a raised plastic cylinder about the size of a quarter on the front or side of the mask) that allows air to be released from the mask through the valve. The Board has received guidance that these masks do not provide sufficient protection to the public. As a result, they will not meet the face mask covering requirement at the exam. **The Board will not be responsible to provide PPE equipment for your use.**

- Applicants may wear a face shield in addition to, but not in lieu of a face mask. Face shields alone will not substitute for cloth face coverings.

- At the registration tables, each applicant will be asked to lower their face mask for identification purposes.

- Each applicant will be assigned to individual tables. If you choose to deep clean your area, be advised that you must provide your own PPE or cleaning supplies. You will be required to clean on your own time and without interrupting the exam timetable. In addition, personal cleaning products should be odorless and not cause irritation to others in the room.

- Once registered and in the testing room(s), applicants should find their assigned seats. You will be seated on one side of the table and place your belongings on the floor at the far opposite end of your table.

- At any time during the exam, before you wish to retrieve any article from your personal belongings for any reason, please ask a proctor for permission and assistance.

- All food and drinks must be consumed outside of the exam room. You will need to be escorted to and from your seat following the directional floor markings.

- Applicants will not be allowed to congregate in the testing room and must follow directional floor markings to keep pedestrian traffic flowing in one direction.

- Should you require assistance, raise your hand and alert your proctor if you have any questions.

- **If you receive a positive result for a COVID-19 test taken within 14 days after sitting for the Hawai'i bar examination, the Supreme Court directs that you shall immediately inform the Hawai'i Department of Health (808-586-4586 or https://health.hawaii.gov/docd/contact-us/) that you sat for the September 2020 Hawai'i bar examination, and no later than the next business day after receiving the positive test result.**

I, _____, under penalty of perjury,
          (legibly print your name)

acknowledge and certify that I have read and will comply with the Instructions to All Laptop Test Takers, including the Bar Exam Site General Instructions and the COVID-19 Code of Conduct, as listed above, and that I understand I must comply and observe all requirements, orders, and guidelines to sit for and be allowed to complete the Hawai'i bar examination. I acknowledge that providing false information on this certification may constitute a character and fitness issue to be considered by the Board.


_____

Print Name


_____    _____

Signature                                         Date Signed

# HAWAI'I BAR EXAMINATION
## Notice to Exam Takers: Laptop User Instructions

You are receiving these instructions as you have elected to use a laptop to answer the essay portion of the Hawai'i bar examination. Examinees need to follow the directions outlined below:

1. Examinees are <u>not permitted to remove any test materials</u> from the examination room. All test materials shall be returned as directed.

2. You must agree to the conditions as stated by ExamSoft.

3. You are required to download and register Examplify on the laptop computer you will use on the day of the exam, pay any associated fees, and take the mock exam by the stated deadlines.

4. For on-site support, and in order to back up your files to a USB flash drive, a working USB port is required. If your laptop requires an adaptor for this function, it will be your responsibility to provide the adaptor on the day of the exam.

5. Answers to all essay questions must be typed in the appropriately numbered Examplify answer window. As you have elected to type your answers on your laptop, it is your responsibility to ensure your answers are typed in the correct answer page.

6. Answers for the Hawai'i Legal Ethics Examination and MBE will be marked using a No. 2 pencil. Pencils will be provided.

7. If you choose to use your NCBE number for the MBE portion of the Hawai'i bar examination it will be your responsibility to bring a copy of your number and grid it correctly. The MBE will be administered on Wednesday and the use of your NCBE number is optional for Hawai'i.

# How to Protect Yourself and Others

## Know how it spreads



- There is currently no vaccine to prevent coronavirus disease 2019 (COVID-19).
- **The best way to prevent illness is to avoid being exposed to this virus.**
- The virus is thought to spread mainly from person-to-person.
  - » Between people who are in close contact with one another (within about 6 feet).
  - » Through respiratory droplets produced when an infected person coughs, sneezes or talks.
  - » These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs.
  - » Some recent studies have suggested that COVID-19 may be spread by people who are not showing symptoms.

## Everyone should

### Clean your hands often



- **Wash your hands** often with soap and water for at least 20 seconds especially after you have been in a public place, or after blowing your nose, coughing, or sneezing.
- If soap and water are not readily available, **use a hand sanitizer that contains at least 60% alcohol.** Cover all surfaces of your hands and rub them together until they feel dry.
- **Avoid touching your eyes, nose, and mouth** with unwashed hands.

### Avoid close contact



- **Stay home if you are sick.**
- **Avoid close contact** with people who are sick.
- **Put distance between yourself and other people.**
  - » Remember that some people without symptoms may be able to spread virus.
  - » This is especially important for **people who are at higher risk of getting very sick.** www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html



**cdc.gov/coronavirus**

## Cover your mouth and nose with a cloth face cover when around others



- **You could spread COVID-19 to others** even if you do not feel sick.
- **Everyone should wear a cloth face cover when they have to go out in public,** for example to the grocery store or to pick up other necessities.
  - » Cloth face coverings should not be placed on young children under age 2, anyone who has trouble breathing, or is unconscious, incapacitated or otherwise unable to remove the mask without assistance.
- **The cloth face cover is meant to protect other people** in case you are infected.
- Do **NOT** use a facemask meant for a healthcare worker.
- Continue to **keep about 6 feet between yourself and others.** The cloth face cover is not a substitute for social distancing.

## Cover coughs and sneezes



- **If you are in a private setting and do not have on your cloth face covering, remember to always cover your mouth and nose** with a tissue when you cough or sneeze or use the inside of your elbow.
- **Throw used tissues** in the trash.
- Immediately **wash your hands** with soap and water for at least 20 seconds. If soap and water are not readily available, clean your hands with a hand sanitizer that contains at least 60% alcohol.

## Clean and disinfect



- **Clean AND disinfect frequently touched surfaces** daily. This includes tables, doorknobs, light switches, countertops, handles, desks, phones, keyboards, toilets, faucets, and sinks. www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/disinfecting-your-home.html
- **If surfaces are dirty, clean them:** Use detergent or soap and water prior to disinfection.
- **Then, use a household disinfectant.** You can see a list of EPA-registered household disinfectants here.

# What you should know about COVID-19 to protect yourself and others



## Know about COVID-19

- Coronavirus (COVID-19) is an illness caused by a virus that can spread from person to person.
- The virus that causes COVID-19 is a new coronavirus that has spread throughout the world.
- COVID-19 symptoms can range from mild (or no symptoms) to severe illness.



## Know how COVID-19 is spread

- You can become infected by coming into close contact (about 6 feet or two arm lengths) with a person who has COVID-19. COVID-19 is primarily spread from person to person.
- You can become infected from respiratory droplets when an infected person coughs, sneezes, or talks.
- You may also be able to get it by touching a surface or object that has the virus on it, and then by touching your mouth, nose, or eyes.



## Protect yourself and others from COVID-19

- There is currently no vaccine to protect against COVID-19. The best way to protect yourself is to avoid being exposed to the virus that causes COVID-19.
- Stay home as much as possible and avoid close contact with others.
- Wear a cloth face covering that covers your nose and mouth in public settings.
- Clean and disinfect frequently touched surfaces.
- Wash your hands often with soap and water for at least 20 seconds, or use an alcohol-based hand sanitizer that contains at least 60% alcohol.



## Practice social distancing

- Buy groceries and medicine, go to the doctor, and complete banking activities online when possible.
- If you must go in person, stay at least 6 feet away from others and disinfect items you must touch.
- Get deliveries and takeout, and limit in-person contact as much as possible.



## Prevent the spread of COVID-19 if you are sick

- Stay home if you are sick, except to get medical care.
- Avoid public transportation, ride-sharing, or taxis.
- Separate yourself from other people and pets in your home.
- There is no specific treatment for COVID-19, but you can seek medical care to help relieve your symptoms.
- If you need medical attention, call ahead.



## Know your risk for severe illness

- Everyone is at risk of getting COVID-19.
- Older adults and people of any age who have serious underlying medical conditions may be at higher risk for more severe illness.



**cdc.gov/coronavirus**



# Health and Safety Best Practices

The Hawaii Convention Center is pleased to offer a comprehensive health and safety program that ensures the highest levels of cleanliness and safety for our staff, guests, and communities



**Enhanced Cleaning & Sanitation:** A designated sanitation team will routinely sanitize high-touch point rfaces with CDC-compliant products.



**Body Temperature Screening:** Our security team will conduct temperature checks upon entry.



**PPE:** Face masks will be require Guests may bring their own o organizers may provide for attendees.



**Social Distancing:** uests will be advised to practice social distancing by standing t least 6 feet away from others not traveling with them.



**Hand Sanitizer Dispensers:** Placed at key entrances throughout the facility.



**Shared AV Equipment:** AV companies will be required to sanitize shared equipment between each use.



**Special Signage:** isible throughout the facility to communicate proper hygiene practices, social distancing & instructions for guests who do not feel well.



**Site Inspections:** Virtual site inspections are encouraged. On-site inspections will be conducted with appropriate social distancing.



**Modified Food and Beverage:** Our F&B team will work with organizers to customize menus and service. Only individual pre-packaged items offered. No buffet service.

Please visit our website for updated information pertaining to building protocols and procedures
**www.hawaiiconvention.com**

# Important Information About Your Cloth Face Coverings

As COVID-19 continues to spread within the United States, CDC has recommended additional measures to prevent the spread of SARS-CoV-2, the virus that causes COVID-19. In the context of community transmission, CDC recommends that you:

 **Stay at home as much as possible**

 **Practice social distancing (remaining at least 6 feet away from others)**

 **Clean your hands often**

 **In addition, CDC also recommends that everyone wear cloth face coverings when leaving their homes, regardless of whether they have fever or symptoms of COVID-19. This is because of evidence that people with COVID-19 can spread the disease, even when they don't have any symptoms.** Cloth face coverings should not be placed on young children under age 2, anyone who has trouble breathing, or is unconscious, incapacitated, or otherwise unable to remove the mask without assistance.

## How cloth face coverings work

Cloth face coverings prevent the person wearing the mask from spreading respiratory droplets when talking, sneezing, or coughing. If everyone wears a cloth face covering when out in public, such as going to the grocery store, the risk of exposure to SARS-CoV-2 can be reduced for the community. Since people can spread the virus before symptoms start, or even if people never have symptoms, wearing a cloth face covering can protect others around you. Face coverings worn by others protect you from getting the virus from people carrying the virus.

## How cloth face coverings are different from other types of masks

Cloth face coverings are NOT the same as the medical facemasks, surgical masks, or respirators (such as N95 respirators) worn by healthcare personnel, first responders, and workers in other industries. These masks and respirators are personal protective equipment (PPE). Medical PPE should be used by healthcare personnel and first responders for their protection. Healthcare personnel and first responders should not wear cloth face coverings instead of PPE when respirators or facemasks are indicated.



N95 respirator    Cloth covering

## General considerations for the use of cloth face coverings

When using a cloth face covering, make sure:

- The mouth and nose are fully covered
- The covering fits snugly against the sides of the face so there are no gaps
- You do not have any difficulty breathing while wearing the cloth face covering
- The cloth face covering can be tied or otherwise secured to prevent slipping



Avoid touching your face as much as possible. Keep the covering clean. Clean hands with soap and water or alcohol-based hand sanitizer immediately, before putting on, after touching or adjusting, and after removing the cloth face covering. Don't share it with anyone else unless it's washed and dried first. You should be the only person handling your covering. Laundry instructions will depend on the cloth used to make the face covering. In general, cloth face coverings should be washed regularly (e.g., daily and whenever soiled) using water and a mild detergent, dried completely in a hot dryer, and stored in a clean container or bag.

For more information, go to: https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover-faq.html





**cdc.gov/coronavirus**

 

# Notice to Exam Takers

The Board of Examiners is pleased to announce examinees will be permitted to use their personal laptop computers for the essay portion of the Bar Examination. This exam will be administered using Examplify, a secure testing software, provided by ExamSoft and is being offered to all examinees. Examinees need to follow the directions outlined below to install and register their copy of Examplify on their laptops within the established date range indicated in advance of the bar examination.

## Date Ranges for Completing the Examplify Registration Process

**For the September Bar examination: August 25, 2020 6:00 a.m. HST through September 1, 2020 12:00 p.m. HST**

*Applicants who have not followed all of the registered steps and/or completed the Mock Exam within the deadline established by their jurisdiction will not be allowed to use their laptop computer for that examination and will be required to hand write their answers.*

1. Examinee must agree to upload the answer files via the Internet by the imposed deadline of Wednesday, September 9, 2020, 9:00 p.m. HST.
2. Examinees must agree to hand write the examination in the event of a power failure or a hardware or software malfunction.
3. Examinees must agree to NOT remove, delete, or uninstall Examplify or any Examplify program files until results have been published.

## Pre-Exam Checklist

1. Review the minimum system requirements for your laptop *by* visiting https://bar.examsoft.com/ and clicking on Before Exam Day/Getting Started > Minimum System Requirements on the left side pane.

   **Before Exam Day | Getting Started**

2. Visit www.examsoft.com/hibar from the laptop you will be using on exam day to download Examplify. **NO EXCEPTIONS!**
3. Login under the 'Exam Takers' section with your assigned ID and password. If your jurisdiction requires payment, carefully read the payment screen before completing your transaction. Payment of the license fee does NOT complete the registration. All the steps listed below MUST be completed before the Registration Deadline.
4. Click 'Download' and follow the on-screen prompts to launch the installer.
5. Once Examplify is installed, open Examplify.
6. Enter the Institution ID, then click 'Next'.
7. Enter the same assigned ID and password to register Examplify. Click 'Sign In'.
8. All of the exam files will automatically download.
9. Follow the directions for taking a **Mock Exam** to become familiar with the structure of Examplify and to ensure that it was **installed correctly** on your computer. The Mock Exam is MANDATORY.




## How to Take the Mock Exam

You must take and confirm the upload of the MOCK EXAM to complete your registration for the Bar Exam. Failure to do so may result in not being able to use your computer on exam day. Please follow ALL of the steps listed below:



1. Launch Examplify by clicking the icon.
2. Select the Mock Exam under 'My Exams' on the left side.
3. Enter 'mock123' in the Exam Password field and Click 'Enter'.
4. You may be prompted to close any open programs and disable your antivirus program.






5. Read each Exam Notice Window carefully and click the 'Next' button in the bottom right to advance.
6. STOP when the stop sign appears. DO NOT click 'Continue' until instructed. Once instructed, click the red 'Continue' button to proceed to start the exam.
7. Click the checkbox and then 'Start Exam'



ExamSoft Technical Support: support@examsoft.com, (866) 429-8889

 

## Follow These Instructions to Properly Exit Examplify and Upload your Answer File

1. On the final question, click 'Finish' OR select 'Exam Controls' then 'Submit Exam'





2. On the blue screen, select the checkbox then click the 'Submit Exam'
3. If you are connected to an internet connection, the upload of your answer file will begin immediately and you will see the green confirmation screen.
4. If you are not connected to an internet connection, you will receive the blue screen that says 'Exam Complete– Upload By Deadline'. Click the 'Return to Dashboard' button.
5. Once you arrive at a location with Internet connectivity, launch Examplify and your files should upload automatically, if not, click [Retry Upload] Retry Upload' for all files.
6. Once completed you will receive the confirmation screen and an email will be sent to the email address you used when you registered with Examplify.







## Confirming the Upload of Your Answer Files

1. At the home screen, you should see a green checkmark and the upload date next to each exam that was uploaded.
2. At the home screen, you may click on the 'Home Menu' then 'Exam History' button to review your upload and download history. You will be prompted to login using your credentials. Checking this history report WILL RECONFIRM your upload of this exam.
3. You may re-send yourself an Upload Confirmation email from this screen. Click on the 'Email' button.



HOME MENU ∨

Preferences

License Agreement

Send Log Files

Settings

Help

Switch Account

Exam History

ExamSoft Technical Support: support@examsoft.com, (866) 429-8889



# Exam Day Instructions

To get started, please ensure that all cables are connected to your device and that your laptop is powered on.

## LAUNCHING EXAMPLIFY



- Double click the Examplify icon. ✔
- Select Exam Name from the left side of the Examplify window.
- Enter Password: Exam Password
- Click the 'Enter' button. Enter
- You may be prompted to close any open programs and disable your antivirus program. Click the green 'Continue' to proceed.
- <u>Read each Exam Notice Window carefully</u> and click the 'Next' button in the bottom right to advance.
- **STOP** when the stop sign appears. **DO NOT** click 'Continue' until instructed. Once instructed, click the red 'Continue' button to proceed to start the exam.
- Click the checkbox and then 'Start Exam'





## NAVIGATING EXAMPLIFY

- Answer each question in the appropriately numbered window. Do **NOT** type all answers into one window. To navigate between questions, use the 'Next' button at the bottom right or click the question number on the left-hand pane.
- If you need to leave your seat for any reason, hide your screen by clicking 'Exam Controls' then 'Hide Exam'. DO NOT CLICK 'Submit Exam' (once closed, the exam file cannot be reopened). Click 'Resume' to return to the exam.

## TECHNICAL ISSUES

Most issues during an exam (e.g. a freeze, etc.) can be resolvable by rebooting the device <u>(do NOT attempt to repair by exiting the exam as you cannot reenter):</u>

- Turn off your device (press and hold power button). Wait 5 seconds then restart your device.
- Once Examplify restarts, it will return to within 59 seconds of where you left off in the exam. You will be prompted for a resume code if you have been out of your exam for a lengthy period of time. To re-enter, contact an ExamSoft Site Engineer for the resume code.

**\*\*If the problem persists, raise your hand and ask the proctor for a lined answer booklet and start handwriting.**

- No extra time will be provided if your computer freezes, nor will extra time be given if there is some other type of equipment failure or software malfunction.



## TO EXIT YOUR EXAMPLIFY EXAM

You may exit Examplify as soon as your exam is complete. Once notified that ten (10) minutes remain in the session, you may NOT leave your seat.

1. On the final question, click the 'Finish' button at the right-bottom corner OR select 'Exam Controls' then 'Submit Exam'
2. On the blue screen, click the checkbox then click the 'Submit Exam' button.
3. If you are connected to an internet connection the upload of your answer file will begin immediately and you will receive a green 'Upload Complete' screen.
4. If you are not connected to an internet connection, you will receive a screen that says 'Exam Complete – Upload By Deadline'. Click the 'Return to Dashboard' button.
5. Follow the directions below for: Uploading your Answer File.




## UPLOADING YOUR ANSWER FILE

Your Answer Files must be Uploaded by 9:00 PM on Wednesday, September 9, 2020

1. How to upload your answer files after the exam if you did not have access to internet onsite:

- Once you arrive at a location with an internet connection, turn on the computer.
- Connect to the Internet and launch Examplify.
- Once Examplify opens, each exam should upload automatically. If not, select each exam and click 'Retry Upload'. You will receive a confirmation 'Your answer file has uploaded successfully'. Repeat this step for all exams.
- At the home screen, you should see a green checkmark and the upload date next to each exam that was uploaded.
- If you are unable to upload your answer files via Examplify, refer to step #3 below.



2. Confirming the upload of your answer files:

- Once completed you will receive a confirmation screen, and an email will be sent to the email address you used when you registered with Examplify.
- At the home screen, you may click on the 'Home Menu' then 'Exam History' button to review your upload and download history. You will be prompted to login using your credentials.
- You may re-send yourself an Upload Confirmation email from this screen. Click on the 'Email' button.

3. How to manually upload your answer files:

- Navigate to your custom home page: www.examsoft.com/hibar
- Login with your credentials.
- Select the 'History' tab.
- Click the 'Manual Exam Upload' button and follow the instructions provided.

Exam Day Technical Support: support@examsoft.com (866) 429-8889